ARTHUR J. CASEY [SBN 123273]
acasey@caseylawsj.com
DONALD P. GAGLIARDI [SBN 138979]
dgagliardi@caseylawsj.com
CASEY LAW GROUP
16450 Los Gatos Blvd., Suite 110
Los Gatos, CA 95032
Tel:    408-660-3102
Fax:    408-660-3105

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL NEKY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | Case No.<br><br>[San Mateo County Superior Court Case No. 19CIV00358]<br><br>**NOTICE OF REMOVAL BY DEFENDANT COSTCO WHOLESALE CORPORATION**<br><br>[Diversity Citizenship, 28 U.S.C. §§ 1332, 1441 & 1446] |

TO THE CLERK OF THE ABOVE-NAMED FEDERAL DISTRICT COURT:

　　　　PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441 & 1446, defendant Costco Wholesale Corporation, by and through its undersigned counsel, hereby removes Case No. 19CIV00358, pending in the Superior Court of California for the County of San Mateo, to the United States District Court for the Northern District of California, San Francisco Division.

　　　　Removal is based on complete diversity of citizenship, because diversity of citizenship exists between the lone plaintiff, Michael Neky, and the lone named defendant, Costco Wholesale

Corporation ("Costco"), and the amount in controversy exceeds the jurisdictional minimum. *See*, 28 U.S.C. § 1332.

# I.

# **BACKGROUND**

On January 17, 2019, this civil action was commenced in the Superior Court of the State of California in and for the County of San Mateo, entitled, *Michael Neky v. Costco Wholesale Membership, Inc. and Does Nos. 1 to 25*, Case No. 19CIV00358.

Plaintiff Michael Neky alleges in his Complaint that on January 19, 2017, while working for Heartland Express, Inc. delivering goods to real property owned by defendant Costco, located at 1001 Metro Center Boulevard, Foster City, California, he slipped on a wet surface and sustained "severe personal injuries." Mr. Neky asserts two causes of action: (1) negligence and (2) premises liability. His Complaint claims general and special damages and loss of earnings in an unspecified amount, such that Costco was at the time it was served with the original summons ignorant whether the action satisfied the minimum amount in controversy for diversity jurisdiction in federal court.

On April 15, 2019, Costco filed an Answer to the Mr. Neky's Complaint, generally denying the allegations and asserting affirmative defenses.

On May 30, 2019, Costco's counsel of record received by mail an Application for Lien dated May 28, 2019 in the underlying state court action by Lien Claimant Heartland Express, Inc., through its counsel. The Application for Lien states:

"Pursuant to California Labor Code § 3586 et seq., and on the following grounds Lien Claimant HEARTLAND EXPRESS, INC. (hereinafter, 'IHSS'), hereby claims and applies for a first lien in the sum of $116,048.00, against any settlement or judgement in this action, and further claims and applies for a first lien in the amount of any additional sum which hereafter may be paid as workers' compensation benefits to or on behalf of Plaintiff MICHAEL NEKY, with said lien(s) to be satisfied or paid before payment of any settlement or satisfaction of any judgment in this action.

"1. On or about January 19, 2017, plaintiff in this action was employed by HEARTLAND EXPRESS, INC. at that time and plaintiff's employer was obligated to provide workers' compensation benefits to employees of HEARTLAND EXPRESS, INC., including plaintiff.

2

NOTICE OF REMOVAL BY DEFENDANT
COSTCO WHOLESALE CORPORATION                                                                  Case No.

"2. As a proximate result of the injuries to plaintiff, and pursuant to the liability of Lien Claimant under the California workers' compensation laws, Lien Claimant has paid to and on behalf of plaintiff, the minimum sum of $116,048.00, as and for workers' compensation benefits and medical care and temporary and/or permanent disability indemnity."

Receipt of the Application for Lien on May 30, 2109 was the first notice to Costco that Mr. Neky's alleged claims exceed the minimum amount in controversy for diversity jurisdiction in federal court.

In accordance with 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders received by Defendants, including the Summons and Amended Complaint, are attached hereto and incorporated herein by reference as **Exhibit A**.

## II.

## THIS NOTICE OF REMOVAL IS TIMELY FILED

The removal of this civil action to this Court is timely under 28 U.S.C. § 1446(b) because this Notice of Removal is filed within thirty (30) days after May 30, 2019, which is the date Costco first received notice, through its counsel of record, that this action satisfies the minimum amount in controversy for diversity jurisdiction in federal court.

The United States District Court for the Northern District of California, San Francisco Division, is the proper place to file this Notice of Removal under 28 U.S.C. § 1441(a) because it is the federal district court that embraces the place where the original state court action was filed and is pending.

## III.

## THIS COURT HAS DIVERSITY OF CITIZENSHIP JURISDICTION

Lone plaintiff Michael Neky and lone named defendant Costco Wholesale Corporation are citizens of different states. Mr. Neky alleges in his Complaint that he is a resident of Modesto, California. Costco Wholesale Corporation is a corporation formed under the laws of State of Washington with its principal place of business in Issaquah, Washington.

On information and belief, Mr. Neky's claim for damages in unspecified amounts exceeds the jurisdictional minimum of seventy-five thousand dollars ($75,000) for diversity jurisdiction in federal court. As mentioned above, his employer at the time of the alleged accident, Heartland

3

NOTICE OF REMOVAL BY DEFENDANT
COSTCO WHOLESALE CORPORATION                                    Case No.

1 Express, Inc., has served notice of an Application for Lien in the amount of $116,048.00 for
2 payments made for medical care in connection with his injuries.   Moreover, Mr. Neky has not
3 disclaimed damages in excess of such amount in his Amended Complaint.
4 　　　　　Therefore, federal diversity of citizenship jurisdiction exists over this action pursuant to 28
5 U.S.C. § 1332.

### IV.
### **ALL NAMED DEFENDANTS CONSENT TO THE REMOVAL**

8 　　　　　This Notice of Removal is filed on behalf of named defendant Costco Wholesale
9 Corporation.  There are no other named defendants, only Doe defendants.  Therefore, by
10 definition, all named defendants have consented to the removal of this action.

### V.
### **NOTICE OF REMOVAL TO PLAINTIFF**
### **AND THE SAN MATEO COUNTY SUPERIOR COURT**

14 　　　　　Concurrently with this Notice of Removal, Costco will file a Notice to Plaintiff of
15 Removal of Action to Federal Court, along with a copy of this Notice of Removal with the
16 Superior Court of the State of California in and for the County of San Mateo, and in accordance
17 with 28 U.S.C. § 1446(d), Costco will serve a copy thereof upon counsel for plaintiff Michael
18 Neky.  A copy of the Notice to Plaintiff of Removal of Action to Federal Court is attached hereto
19 and incorporated herein by reference as **Exhibit B**.
20 　　　　　If any question arises as to the propriety of the removal of this action, counsel for Costco
21 respectfully requests the opportunity to present a brief and oral argument in support of the position
22 that this case is removable.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

**CASEY LAW GROUP**
ATTORNEYS AT LAW

## VI.

## **CONCLUSION**

For the foregoing reasons, defendant Costco Wholesale Corporation respectfully requests that this civil action be, and is hereby, removed to the United States District Court for the Northern District of California, San Francisco Division, that said federal district court assume jurisdiction of this civil action, and that this Court enter such further orders as may be necessary to accomplish the requested removal and to promote the ends of justice.

Dated: June 28, 2019                         CASEY LAW GROUP


                                             By:   /s/ Donald P. Gagliardi
                                                   DONALD P. GAGLIARDI
                                             Attorneys for Defendant
                                             COSTCO WHOLESALE CORPORATON

5

NOTICE OF REMOVAL BY DEFENDANT
COSTCO WHOLESALE CORPORATION                                           Case No.