CA 940

23 OCT '19

PM 6 L

WHO



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES



## BUSINESS REPLY MAIL

FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON,DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA  94102-9680

**Attn: Mildred**

RECEIVED
SAN MATEO COUNTY

OCT 2 1 2019

Clerk of the Superior Court

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

www.cand.uscourts.gov

Susan Y. Soong
Clerk of Court

General Court Number
415-522-2000

RECEIVED

OCT 2 4 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

October 11, 2019

San Mateo County Superior Court
400 County Center
Redwood City, CA  94063

RE:  Michael Neky v.  Costco Wholesale Corporation
     19-cv-03781-WHO

Your Case Number:  19CV00358

Dear Clerk,

     Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

     ☒  Certified original and one copy of this letter

     ☒  Certified copy of docket entries

     ☒  Certified copy of Remand Order

     ☐  Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

                         Sincerely,

                         Susan Y. Soong, Clerk

                         _Alfred Amistoso_
                         by:  Alfred Amistoso
                         Case Systems Administrator
                         415 522-2006